**TELLUS OPERATING GROUP LLC, Plaintiff–Appellee**

v.

**R & D PIPE COMPANY; Sepco Tubulars Inc, Defendants–Third Party Plaintiffs–Appellants**

**Rapad Drilling and Well Services Inc, Third Party Defendant–Appellee.**

No. 07–60054.

United States Court of Appeals, Fifth Circuit.

Dec. 13, 2007.

Glenn Gates Taylor, Christy Michelle Sparks, Copeland, Cook, Taylor & Bush, Ridgeland, MS, for Plaintiff–Appellee.

Rowland W. Heidelberg, III, Heidelberg & Woodliff, Hattiesburg, MS, Percy L.

Wayne Isgitt, C. Zan Turcotte, Isgitt, Dees & Turcotte, Houston, TX, Judy L. Burnthorn, Deutsch, Kerrigan & Stiles, New Orleans, LA, for Defendants–Third Party Plaintiffs–Appellants.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

After review of the record, the evidence, and the briefs and after hearing oral argument of counsel, there appears to be no reversible error committed by the district court, especially in the light of plain error review. Consequently, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.